UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-62333-CIV-SINGHAL

ELAINE CABRAL AND LEE MICHAEL CASTRO,

    Plaintiffs,

v.

WESTERN WORLD INSURANCE COMPANY and
TALLON INSURANCE, INC.,

    Defendants.
_____/

## ORDER OF RECUSAL

**THE UNDERSIGNED JUDGE**, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(b) and Local Rule 3.7.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 29th day of November 2021.

                                                _____
                                                RAAG SINGHAL
                                                UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of United States District Judge __Federico A. Moreno__.

Copies of this Order shall be served on all pending parties of record electronically via CM/ECF, or via U.S. Mail to any party not authorized to receive electronic notices of filing. All documents for filing in this case shall carry the following case number and designation: __21-cv-62333__.

BY ORDER of the Court this __29th__ day of __November__, 2021, Fort Lauderdale, Florida.

                                                ANGELA E. NOBLE
                                                Clerk of Court

                                                By: ___/s/ Bryan J. McGuinness_____
                                                          Deputy Clerk